IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

ARSA DISTRIBUTING, INC.,
    Plaintiff.

    v.

                                              Civil No. 1:22cv1367 (DJN)

SALUD NATURAL MEXICANA SA de CV,
    Defendant.

## **ORDER**

This matter comes before the Court following a bench trial held on February 26, 2024. For the reasons stated in the accompanying Memorandum Opinion, the Court hereby FINDS the following:

1. Plaintiff has priority in the United States to the EUCALIN mark in connection with the products listed in United States Trademark App. Ser. Nos. 86/779,422 and 87/638,836, and Plaintiff has not abandoned those rights.

2. Defendant lacks priority in the United States to the EUCALIN mark. The use of the EUCALIN mark in the United States as part of the 1999–2008 distribution arrangement inured to Plaintiff's benefit, not Defendant's. In any event, Defendant abandoned any rights that it previously may have had to the EUCALIN mark through its prolonged nonuse and absence of any intent to resume use in the reasonably foreseeable future.

3. The mark that Defendant seeks to register in United States Trademark App. Ser. Nos. 86/779,422 and 87/638,836 so resembles the mark used by Plaintiff that, when used in connection with the goods listed on Defendant's application, it would cause confusion, mistake, or deception.

Accordingly, the Court rules in favor of Plaintiff, and AUTHORIZES and DIRECTS the United States Patent and Trademark Office to sustain Plaintiff's Oppositions Nos. 91/240,240 and 91/243,700 and deny registration of the marks in Defendant's United States Trademark Applications Nos. 86/779,422 and 87/638,836.

The Clerk of Court is directed to enter Rule 58 judgment on behalf of the Plaintiff and against Defendant and is further ordered to place this matter among the ended causes.

Let the Clerk file a copy of this Order electronically, notify all counsel of record, and transmit a copy of this Order to the United States Patent and Trademark Office.

It is so ORDERED.

_____/s/_____
David J. Novak
United States District Judge

Alexandria, Virginia
Dated: April 16, 2024

2