## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

### Alexandria Division

| | | |
|---|---|---|
| Arsa Distributing, Inc. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:22-cv-1367-DJN-LRV |
| | ) | |
| | ) | |
| Salud Natural Mexicana SA de CV | ) | |
| | ) | |
| Defendant. | ) | |

### JUDGMENT

Pursuant to the order of this Court entered on April 16, 2024, and in accordance with

Federal Rules of Civil Procedure 58, JUDGMENT is hereby entered in favor of the plaintiff,

Arsa Distributing, Inc., and against the defendant, Salud Natural Mexicana SA de CV.

FERNANDO GALINDO, CLERK OF COURT

By:_____/s/_____
Whitney Garnett
Deputy Clerk

Dated: April 17, 2024
Alexandria, Virginia